**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1080

KIMARLO ANTONIO RAGLAND,

Plaintiff - Appellant,

v.

NORTH CAROLINA STATE BOARD OF EDUCATION; WILLIAM W. COBEY, JR., individually and in their representative capacity; AL COLLINS, individually and in their representative capacity; DAN FOREST, individually and in their representative capacity; JANET COWELL, individually and in their representative capacity; REBECCA TAYLOR, individually and in their representative capacity; REGINALD KENAN, individually and in their representative capacity; KEVIN HOWELL, individually and in their representative capacity; OLIVIA HOLMES OXENDINE, individually and their representative capacity; GREGORY ALCORN, individually and in their representative capacity; WAYNE MCDEVITT, individually and in their representative capacity; PATRICIA J. WILLOUGHBY, individually and in their representative capacity; ERIC DAVIS, individually and in their representative capacity; JUNE ATKINSON, Superintendent,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:16-cv-00288-FL)

Submitted: August 19, 2021          Decided: August 23, 2021

Before GREGORY, Chief Judge, FLOYD, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kimarlo Antonio Ragland, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimarlo Antonio Ragland appeals the district court's order denying his motion to reopen his civil suit. Having reviewed the record and finding no reversible error, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*